[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 143.]

THE STATE EX REL. TULLOCK, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Tullock v. Indus. Comm.*, 1998-Ohio-152.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2540—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD01-8.

————————————

*Law Offices of James R. Nein, Matthew R. Copp* and *Brian W. Harter*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis Rehor*, Assistant Attorney General, for appellee Industrial Commission.

*Law Office of Thomas Tootle* and *Thomas Tootle*, for appellee city of Lakeview.

————————————

**{¶ 1}** The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents.

————————————